UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**JANIS SHUMWAY,**                                     JUDGMENT IN A CIVIL CASE

    **Plaintiff,**

**vs.**


**NEIL HOSPITALITY INC.,**                             CASE NO: 21-1059-STA-jay

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER GRANTING MOTION TO DISMISS entered on November 8, 2021, the Defendant's Motion to Dismiss is GRANTED.**



                         APPROVED:



**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 11/8/2021**                        **THOMAS M. GOULD**
                                      **Clerk of Court**


                                      **s/Maurice B. BRYSON**

                                      **(By)  Deputy Clerk**