# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 29, 2022

Mr. Thomas B. Bacon
Law Office
1317 Edgewater Drive, Suite 556
Orlando, FL 32804

Ms. Kimberly Corkill
Law Firm
7 N. Coyle Street
Pensacola, FL 32502

Re: Case No. 21-6079, *Janis Shumway v. Neil Hospitality Incorporated*
Originating Case No. : 1:21-cv-01059

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 21-6079

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JANIS SHUMWAY

    Plaintiff - Appellant

v.

NEIL HOSPITALITY INCORPORATED, dba Colonial Inn

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: March 29, 2022